UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STERIL-AIRE, INC., a Nevada corporation<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST LIGHT TECHNOLOGIES, INC., a Vermont corporation; and UV RESOURCES, LLC, a California corporation; and FORREST B. FENCL, a California individual,<br><br>Defendants.<br><br>FIRST LIGHT TECHNOLOGIES, INC., a Vermont corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>STERIL-AIRE, INC., a Nevada corporation,<br><br>Counter-Defendant. | Case No. SACV08-00682 AHS (ANx)<br><br>**ORDER RE EVIDENTIARY OBJECTIONS TO DECLARATION OF ROGER D. MCWILLIAMS**<br><br>**DATE:** July 27, 2009<br>**TIME:** 10:00 a.m.<br>**CTRM:** 10A<br><br>**Hon. Alicemarie H. Stotler** |

CHRISTIE, PARKER & HALE, LLP

-1-

| | Objection: | Ruling: |
|---|---|---|
| 1 | | |
| 2 | Dr. McWilliams' expert report should be disregarded.  It does not assist the Court in deciding any factual matter before the Court. | ☐ Sustained |
| 3 | | ☐ Sustained as follows: |
| 4 | | _____ |
| 5 | | _____ |
| 6 | Expert testimony is admissible only if it will assist the trier of fact to understand the evidence or to determine a fact in issue. Fed. Rule Evid. (F.R.E.) 702. In the summary judgment context, a district court need not consider expert testimony that is not reliable or not helpful to resolving the issues raised on summary judgment. *Stilwell v. Smith & Nephew, Inc.*, 482 F.3d 1187, 1192 (9th Cir. 2007). "Expert testimony which does not relate to any issue in the case is not relevant, and ergo, non-helpful." *Id*. (internal quotations omitted). | _____ |
| 7 | | _____ |
| 8 | | _____ |
| 9 | | X Overruled |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | Dr. McWilliams' expert report purports to set forth his analysis of spectral characteristics of tested light bulbs. This analysis has no relevance to any issue currently before the Court and should therefore be disregarded. F.R.E. 401-403; *Stilwell*, 482 F.3d at 1192. | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

-2-

| | |
|---|---|
| In addition, Dr. McWilliams cannot properly authenticate the samples he tested. Dr. McWilliams does not have personal knowledge regarding who manufactured the samples he tested and neither Plaintiff and Counterdefendant Steril-Aire, Inc. ("S-A") nor Dr. McWilliams provided any documentation that would establish a chain of custody for the samples tested. Dr. McWilliams' testimony should therefore be excluded under Federal Rule of Evidence 702 and *Daubert*, which require expert testimony to be based on sufficient facts or data, the product of reliable principles and methods, and applied reliably to the facts of the case. Fed. R. Evid. 702; *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993). | |

IT IS SO ORDERED.

DATED: August 11, 2009.

**ALICEMARIE H. STOTLER**
Hon. Alicemarie H. Stotler
U.S. District Court Judge