**NO JS-6**

Martha K. Gooding (SBN 101638)
E-mail: goodingm@howrey.com
Russell B. Hill (SBN 190070)
E-mail: hillr@howrey.com
Andrew S. Dallmann (SBN 206771)
E-mail: dallmanna@howrey.com
HOWREY LLP
4 Park Plaza, Suite 1700
Irvine, CA 92614
Telephone: (949) 721-6900
Facsimile: (949) 721-6910

Attorneys for Plaintiff and Counterclaim-Defendant
Steril-Aire, Inc.

Brian K. Brookey
E-mail: brian.brookey@cph.com
350 West Colorado Boulevard
Suite 500
Post Office Box 7068
Pasadena, CA 91105-7068
Telephone: (626)795-9900
Facsimile: (626) 577-8800

Attorneys for Defendant and Counterclaimant First
Light Technologies, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STERIL-AIRE, INC. a Nevada corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>FIRST LIGHT TECHNOLOGIES, INC., a Vermont corporation; and UV RESOURCES, LLC, a California corporation; and FORREST B. FENCL, a California individual,<br><br>    Defendants.<br><br>Related counterclaims<br><br>Related Third-Party Complaint | Case No. SACV 08-00682-AHS (ANx)<br><br>**ORDER DISMISSING STERIL-AIRE'S COMPLAINT AGAINST FIRST LIGHT TECHNOLOGIES, AND FIRST LIGHT TECHNOLOGIES' COUNTERCLAIMS AGAINST STERIL-AIRE** |

1  Pursuant to the stipulation to dismiss with prejudice by Plaintiff/Counterclaim-
2  Defendant Steril-Aire, Inc. ("Steril-Aire") and Defendant/Counterclaimant First Light
3  Technologies, Inc. ("First Light"), pursuant to Rule 41,
4  IT IS ORDERED that:
5  (1) All remaining claims of Steril-Aire's First Amended Complaint against First
6  Light are hereby dismissed with prejudice;
7  (2) First Light's Counterclaims against Steril-Aire are hereby dismissed with
8  prejudice; and
9  (3) Steril-Aire and First Light shall each bear its own costs and attorneys' fees in
10 connection with this action.

Dated:  December 17, 2009            By:  **ALICEMARIE H. STOTLER**
                                          Hon. Alicemarie H. Stotler
                                          United States District Court
                                          Central District of California