**JS-6**
NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STERIL-AIRE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FIRST LIGHT TECHNOLOGIES, INC., et al., <br><br> Defendants. <br><br> Related Counterclaims and Third-Party Claims | Case No. SACV08-682-AHS(ANx) <br><br> **ORDER DISMISSING ALL REMAINING CLAIMS WITH PREJUDICE** |

## RECITALS

1. On June 18, 2008, Steril-Aire initiated this action (the "Action") by filing a Complaint against UV Resources, LLC ("UVR"), Forrest B. Fencl ("Fencl"), and First Light Technologies, Inc. ("First Light"). (Doc. No. 1.)

2. On August 13, 2008, UVR and Fencl filed a Counterclaim against Steril-Aire. (Doc. No. 13.)

3. On September 17, 2008, UVR and Fencl filed an Amended Counterclaim against Steril-Aire. (Doc. No. 31.)

4. On October 1, 2008, UVR and Fencl filed a Second Amended Counterclaim against Steril-Aire. (Doc. No. 32.)

5. On October 24, 2008, Steril-Aire filed a First Amended Complaint against UVR, Fencl, and First Light.  (Doc. No. 42.)

6. On November 7, 2008, UVR and Fencl filed a Third Amended Counterclaim against Steril-Aire.  (Doc. No. 52.)

7. On February 23, 2009, UVR filed a Third-Party Complaint against Dust Free, LP ("Dust Free").  (Doc. No. 76.)

8. On March 17, 2009, Dust Free filed a Third-Party Counterclaim against UVR.  (Doc. No. 93.)

9. On December 17, 2009, the Court filed an order dismissing Steril-Aire and First Light's respective claims against one another.  (Doc. No. 390.)

10. On February 25, 2010, the Court filed summary judgment orders relating to Steril-Aire's claims against UVR and Fencl, Fencl's counterclaims against Steril-Aire, UVR's third-party claims against Dust Free, and Dust Free's third-party counterclaims against UVR.  (Doc. Nos. 417, 418, & 421.)

11. On April 20, 2010, Steril-Aire and UVR appeared for a jury trial on their remaining claims against one another, and a bench trial on the third-party claims between UVR and Dust Free was scheduled to immediately follow the jury trial.  (Doc. No. 542.)

12. UVR, Fencl, and Steril-Aire have entered into a settlement agreement.

13. UVR and Dust Free have entered into a confidential settlement agreement.

## **STIPULATION**

In light of the foregoing, Steril-Aire, UVR, Fencl, and Dust Free jointly stipulate to the dismissal, with prejudice, of all remaining claims in the Action, including:

(1) Steril-Aire's First Amended Complaint against UVR and Fencl;

(2) UVR and Fencl's Third Amended Counterclaim against Steril-Aire;

(3) UVR's Third-Party Complaint against Dust Free; and

(4) Dust Free's Third-Party Counterclaim against UVR.

//

The parties further stipulate that the Court shall retain jurisdiction over the settlement agreements to determine and enforce any rights and/or obligations thereunder.

## **ORDER**

The Court hereby dismisses all remaining claims with prejudice.

**IT SO ORDERED.**

Dated: May 12, 2010.

                                        ALICEMARIE H. STOTLER
                                            Alicemarie H. Stotler
                                   United States District Court Judge